IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN BEEDLE                    :            CIVIL ACTION
                                 :
        V.                       :
                                 :            NO. 19-5524
PROFESSIONAL BUREAU OF           :
COLLECTIONS OF MARYLAND, INC.    :

ORDER

        AND NOW this 28th day of June, 2022, for the reasons

stated in the foregoing Memorandum, it is hereby ORDERED that

the motion of defendant Professional Bureau of Collections of

Maryland, Inc. for summary judgment (Doc. # 38) is DENIED.


                                 BY THE COURT:


                                 /s/ Harvey Bartle III
                                 _____
                                                              J.